IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KEVIN WAYNE EALEY, #L5161 PETITIONER

VERSUS CIVIL ACTION NO. 5:08cv256-DCB-MTP

CHRISTOPHER EPPS RESPONDENTS

ORDER

Upon consideration of the petition filed pursuant to 28 U.S.C. § 2254 by the petitioner in the above entitled action, the court notes that the petitioner failed to file an application to proceed in forma pauperis or submit the $5.00 filing fee. Accordingly, it is hereby

ORDERED:

1. That on or before August 27, 2008, petitioner shall file a completed application for leave to proceed in forma pauperis (attached) OR pay the $5.00 filing fee.

2. **That petitioner is informed that his failure to timely comply with the requirements of this order may lead to the dismissal of his petition.**

3. The Clerk shall mail the attached in forma pauperis application to the petitioner at his last known address.

THIS, the 6th August, 2008.

*s/ Michael T. Parker*
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KEVIN WAYNE EALEY                                                                                         Petitioner

v.                                                              CIVIL ACTION NO.  5:08cv256DCB-MTP

CHRISTOPHER EPPS                                                                                          Respondent

**MOTION TO PROCEED *IN FORMA PAUPERIS***

     I, _____, declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to the relief.

Signed: _____       Date: _____

**AFFIDAVIT IN SUPPORT OF MOTION**

     In support of this motion, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?                                                             \_\_\_\_ Yes       \_\_\_ No
       If "yes" state the place of your incarceration _____

2.    Are you presently employed (at the institution or otherwise)?        \_\_\_\_ Yes       \_\_\_ No
       a. If the answer is "yes," state the amount of your salary or wages per month, and give the
          name and address of your employer. _____
          _____

       b. If the answer is "no," state the date of the last employment and the amount of the salary
          and wages per month which you received._____
          _____

3.    Have you received within the past twelve months any money from any of the following
       sources?
       a. Business, profession or form of self-employment?                       \_\_\_\_ Yes       \_\_\_\_ No

  b. Rent payments, interest or dividends?      ____ Yes   ____ No
  c. Pensions, annuities or life insurance payments?    ____ Yes   ____ No
  d. Gifts or inheritances?             ____ Yes   ____ No
  e. Any other sources?              ____ Yes   ____ No
  If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____
_____
_____.

4.   Do you own cash, or do you have money in a checking or savings account?
  ____ Yes    ____ No (Include any funds in prison accounts.)
  If the answer is "yes," state the total value of the items owned. _____
_____
_____

5.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ____ Yes   ____ No
  If the answer is "yes," describe the property and state its approximate value. _____
_____
_____

6.   List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
_____
_____
_____

  I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

  Executed on _____     _____
        Date               Signature of Petitioner

## Certificate

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution:_____.


_____          _____
   Date                   Authorized Officer of Institution