IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KEVIN WAYNE EALEY, #L5161					PETITIONER

VERSUS				CIVIL ACTION NO. 5:08cv256-DCB-MTP

CHRISTOPHER EPPS, Commissioner;
RONALD KING, Superintendent;
WARDEN DENMARK;
DEPUTY WARDEN DAVIS;
and DEPUTY COMMISSIONER EMMITT SPARKMAN			RESPONDENTS

ORDER

This matter is before the Court on Petitioner's response [6] filed September 12, 2008 and response [7] filed September 15, 2008. Petitioner, an inmate of the Mississippi Department of Corrections (MDOC) currently incarcerated at the South Mississippi Correctional Institute, Leakesville, Mississippi, has filed a request for habeas corpus relief pursuant to 28 U.S.C. § 2254. Upon review of the petition [1] and responses [6 & 7] submitted, it is, hereby,

ORDERED that the Clerk add as respondents Ronald King, Superintendent; Warden Denmark; Deputy Warden Davis and Deputy Commissioner Emmitt Sparkman as provided for in the response [7] filed September 15, 2008.

IT IS FURTHER ORDERED that the respondents, through Jim Hood, file an answer or other responsive pleading in this cause within 20 days of the service upon the said Jim Hood of a copy of this order. Respondents shall file with their answer or other responsive pleading full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges for the possession of controlled substance against petitioner in the Circuit Court of Adams County, Mississippi.

IT IS FURTHER ORDERED that the Clerk of Court shall serve, by certified mail, a copy of the petition [1], order [5], response [6] and response [7] filed herein along with a copy of this order upon Jim Hood, Attorney General of the State of Mississippi.

SO ORDERED, this the 15th day of September, 2008.

*s/ Michael T. Parker*
UNITED STATES MAGISTRATE JUDGE