UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KEVIN WAYNE EALEY, #L5161                                    PLAINTIFF

VS.                                CIVIL ACTION NO. 5:08-cv-256-DCB-MTP

CHRISTOPHER EPPS, et al.                                    DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **[docket entry 13]**, wherein Judge Parker recommends that Kevin Wayne Ealey's petition **[docket entry no. 1],** brought pursuant to 28 U.S.C. § 2254, be dismissed with prejudice as untimely. The Court has adopted in full said Report and Recommendation over the Objection of the plaintiff following a de novo review of those portions of the Report and Recommendation to which the plaintiff objected. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Kevin Wayne Ealey's petition **[docket entry no. 1]**, brought pursuant to 28 U.S.C. § 2254, is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 22nd day of July 2009.

                                        s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE